Deborah Eagan

V

City of St Paul
Joel Esseling
David Palm
attorney office
Judge or presiding Matter of Day   June 16, 2009

09cv1398 JMR/SRN

RECEIVED
JUN 15 2009
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
JUN 15 2009
U.S. DISTRICT COURT ST. PAUL

1. Address of city offices.

2. Name & address not yet produced at this time by them.

3. The city of Saint Paul, Minnesota by way of above named defendants & officers are trying to deprive use of taxpayer paid land & land use of back yard of residence, unlawful warrants, access to yard (rear) not have at these times, Parking on taxes property & use of back yard, not home at reasonable care & use of.

4. constants harassing by Joel Esseling & city prosecutor David Palm to run everything from back yard. City did not apply same standard to Everyone else's back yard in city area evidence & Parking. No goods on premises. Discontinuance of use of land & parking. Seems in you that others have tried to comply but can't plan the aesthetics he does they think, not clean or burnt envied.

Plntf. Restrain order Preliminary all who
including Police & Sheriff Dept & taking Parking
mall people sent by Jeff Esseling, Parking
rentals on 1820 Reany Ave. E. Property
outside of Fence & front area as in, Same as
other people in city as in pictures & films.
There is such a thing as Partial taking
of land & (land use, Per Gundefuny laws & property
Rights (at this time.) Item of 30 Dec 2008

Deb Eagan
1820 Reany Ave. E
St. Paul, Minn
55119