# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Deborah Eagan,**                            **Civil No. 09-1398 JMR/SRN**

      **Plaintiff,**

**v.**                                              **ORDER**

**City of Saint Paul, Joel Erskin,
and David Palmer,**

      **Defendants.**

_____

      This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson [Doc. No. 6]. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 5, 2009                      s/James M. Rosenbaum
                                                             James M Rosenbaum
                                                            United States District Judge